```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                  SOUTHERN DIVISION at PIKEVILLE
```

| | |
|---|---|
| BRANDON T. HURLEY,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )<br>                              )<br>                              )<br>KILOLO KIJAKAZI,             )<br>ACTING COMMISSIONER OF SOCIAL )<br>SECURITY,                     )<br>                              )<br>     Defendant.              )  | Case No.<br>7:20-CV-140-JMH<br><br>**JUDGMENT** |

\*\*\*\*\*

In accordance with the Court's Order entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g),

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant Commissioner's decision denying Plaintiff's disability claim is **AFFIRMED**;

(2) Judgment is **ENTERED** in favor of Defendant Commissioner;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(4) This matter is **DISMISSED** and **STRICKEN FROM THE COURT'S ACTIVE DOCKET**; and

(5) This is a **FINAL** and **APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 3rd Day of November, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge